UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARY PERRONE, TIMOTHY DAVIS and
MICHELLE DAVIS,

                              Plaintiffs,

       v.                                                           6:07-CV-195

TOWN OF FRANKFORT, CARGIL SALT
COMPANY, INC., LONGHORN TRUCKING
COMPANY and RON ALLEN TRUCKING
COMPANY,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

ALBERT A. ALTERI, ESQ.
Attorney for Plaintiffs
2314 Portal Road
Utica, New York 13501-4222

HODGSON RUSS, L.L.P.                   JEFFREY C. STRAVINO, ESQ.
Attorneys for Defendant Town of Frankfort
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-0349

MACKENZIE HUGHES, L.L.P.             JEFFREY D. BROWN, ESQ.
Attorneys for Defendant Cargil Salt Company
101 South Salina Street
P.O. Box 4967
Syracuse, New York 13221-4967

GARY S. BOWITCH, ESQ.
Attorney for Defendant Longhorn Trucking Company
744 Broadway
Albany, New York 12207

CARTER, CONBOY, CASE, BLACKMORE,    MEGAN B. VAN AKEN, ESQ.
  MALONEY & LAIRD, P.C.
Attorneys for Defendant Rob Allen Trucking Company

20 Corporate Woods Boulevard
Albany, New York 12211

DAVID N. HURD
United States District Judge

## O R D E R

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on October 12, 2007, in Utica, New York, it is hereby

ORDERED that

1. Defendants' motion to dismiss plaintiffs' complaint is GRANTED;

2. Plaintiffs' federal claims are DISMISSED WITH PREJUDICE;

3. Supplemental jurisdiction over plaintiffs' state law claims is declined and those claims are DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   October 12, 2007
         Utica, New York.